FILED by SW D.C.
ELECTRONIC

Apr 21 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20250-CR-JORDAN/BROWN

UNITED STATES OF AMERICA,

v.

RICHARD A. ANDERS, et al.

## MOTION FOR ISSUANCE OF ORDER SETTING KASTIGAR HEARING

Two of defendant Anders' attorneys, Quinon and Sullivan, have recently discharged substantial trial responsibilities they had, respectively in the Southern District of Florida and in the Eastern District of New York, are now prepared and available to fully participate in the *Kastigar* proceedings in this cause, and accordingly respectfully request that that the pending *Kastigar* motion be referred to the Magistrate Division for hearing. Trial is but several months away and the resolution of the factual and legal issues relevant to the *Kastigar* motion, as well as the devotion of resources and time to litigate those issues, will unquestionably increasingly affect counsels' trial preparation efforts as the matter gets closer to trial. Thus, defendant Richard Anders respectfully submits that it would be appropriate at this time to refer the *Kastigar* issues to Magistrate Judge Brown for hearing.

Baker & McKenzie LLP, 1111 Brickell Avenue, Suite 1700, Miami, Florida   33131 – (305) 789-8900

Respectfully submitted,

By: _____
Allan J. Sullivan, Bar No. 0132810
BAKER & MCKENZIE LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131-2827
Telephone: 305 789 8900
Facsimile: 305 789 8953

Attorneys for Defendant Richard A. Anders

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was sent via facsimile and U.S. mail this 21st day of April, 2005 to:

AUSA Hugo L. Black III
United States Attorney's Office
99 N.E. 4th Street, Suite 400
Miami, FL 33132

Howard M. Srebnick, Esq.
Black, Srebnick, Kornspan
 & Stumpf, P.A.
201 S. Biscayne Blvd., Suite 1300
Miami, FL 33131
 Counsel for Defendant Bachynsky

_____
Allan J. Sullivan

MIADMS/287867.1

2
Baker & McKenzie LLP, 1111 Brickell Avenue, Suite 1700, Miami, Florida   33131 – (305) 789-8900