UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20250-CR-JORDAN



| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| RICHARD ANDERS and NICHOLAS | ) |
| BACHYNSKY | ) |
| | ) |

**ORDER REGARDING SWISS REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**

Mr. Bachynsky should follow this procedure for transmission of the corrected Swiss request.

(1) Mr. Bachynsky should file with the clerk an unsigned version of the Swiss request, in English.

(2) I will sign the request and then make available to Mr. Bachynsky a certified copy of the signed request.

(3) Mr. Bachynsky will retrieve the signed, certified copy of the request from chambers, and have it translated into German.

(4) Mr. Bachynsky will file with the clerk an original certified translation of the request.

(5) Mr. Bachynsky will get from the clerk (and pay the clerk for) 3 certified copies of the filed, original, certified translation.

(6) Mr. Bachynsky will submit directly to chambers the 3 certified copies of the certified translation, and file a notice with the clerk stating he has done so.

(7) I will mail to the Department of Justice (1) the original, signed, English version of the request; (2) 2 certified copies of the signed, English version; and (3) the 3 certified copies of the certified translation.

DONE and ORDERED in chambers in Miami, Florida, this 14th day of March, 2006.

_____
Adalberto Jordan
United States District Judge

CC:   All counsel of record