UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 04-20250-CR-JORDAN

| | |
|---|---|
| UNITED STATES, | ) |
|     Plaintiff | ) ) |
| vs. | ) |
| RICHARD A. ANDERS, | ) ) |
|     Defendant. | ) |

**ORDER DENYING MOTION FOR SENTENCE REDUCTION**

Mr. Anders' motion for a reduction of sentence [D.E. 880] is DENIED. First, Mr. Anders' plea agreement provides that there would be no sentence reductions based on Mr. Anders' information, assistance, or testimony [D.E. 590 at 6–7]. Second, the government has not filed any motion on Mr. Anders' behalf, and without such a motion I do not have jurisdiction to modify Mr. Anders' sentence. *See United States v. Diaz-Clark*, 292 F.3d 1310, 1315 (11th Cir. 2002) ("[T]he district court acted without jurisdiction when it resentenced Diaz-Clark . . . . It acted outside of Rule 35(c)'s seven-day jurisdictional limit, without a remand from this Court and without a substantial assistance motion filed by the government.").

I recognize that Mr. Anders may have lost some benefits under 18 U.S.C. § 3621(e) due to his testimony at the hearing on Mr. Bachynsky's motion for a new trial. But that circumstance, though unfortunate, does not entitle Mr. Anders to a sentence reduction.

DONE and ORDERED in chambers in Miami, Florida, this 9th day of August, 2012.

                                                             _____
                                                             Adalberto Jordan
                                                            United States District Judge

Copies to:    All counsel of record

               Richard Anders, *pro se*
               44503-019
               Federal Correctional Institution
               P.O. Box 15330
               Forth Worth, TX 76119